UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18-cr-00647 |
| Plaintiff, | : | ORDER |
| v. | : | |
| DEMOND C. SMART, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On January 27, 2022, Defendant Smart filed a motion for compassionate release.[1] On February 14, 2022, the Court appointed Rhonda L. Kotnik as counsel for Defendant Smart.

The Court **ORDERS** counsel Kotnik to file a supplement to Defendant Smart's compassionate release motion, or notice of intent not to supplement Defendant's motion, within 28 days of this order.

IT IS SO ORDERED.

Dated: April 29, 2022        *s/    James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE

---

[1] Docs. 36; 36-1.